BUCHALTER
A Professional Corporation
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendants
ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; AND
ROSEBUD LENDING LZO d/b/a ZOCALOANS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATEY HUNTLEY and GARY JACKSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; ROSEBUD LENDING LZO d/b/a ZOCALOANS; FINTECH FINANCIAL, LLC; TACTICAL MARKETING PARTNERS, LLC; AND 777 PARTNERS, LLC,<br><br>Defendants. | Case No. 22CV1172L-MDD<br><br>**JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT** |

    Plaintiffs Katey Huntley, et al. ("Plaintiffs") and Defendants Rosebud Economic Development Corporation and Rosebud Lending LZO d/b/a Zocaloans ("Defendants") (collectively, the "Parties"), by and through their counsel of record, respectfully submit this joint motion to set aside the Clerk's Entry of Default against Defendants, and state as follows:

/ / /

/ / /

1. On August 10, 2022, Plaintiffs filed a Complaint in the United States District Court for the Southern District of California against Defendants and others (Case No. 22CV1172 L MDD).

2. Plaintiffs submit that they served Defendants the summons and complaint via mail on or about October 18, 2022.

3. Defendants submit that they did not respond to the Complaint, as Defendants did not receive the summons and complaint via mail, and did not recognize that they had been served, and thus did not have notice of the pending lawsuit against them prior to the deadline to respond.

4. On January 13, 2023, Plaintiffs requested an Entry of Default against Defendants (Dkt. # 15), and default was entered by the Clerk on January 17, 2023 (Dkt. # 16).

5. Defendants subsequently became aware of the default against them and retained counsel captioned above to defend them in this lawsuit. Accordingly, the Parties stipulate and agree that the default should be lifted and the matter be decided on its merits, and that good cause exists for setting aside default.

6. The Parties therefore move this Court to set aside the Clerk's Entry of Default (Dkt. # 16).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**JOINT MOTION TO SET ASIDE DEFAULT**                    Case No. 22CV1172L-MDD

1
      7.    The Parties further stipulate and agree that Defendants shall file and

2
serve a responsive pleading within twenty one (21) days of the Court's entry of the

3
Order setting aside the default.

4

5
DATED:  January 27, 2023          BUCHALTER

6
          A Professional Corporation

7

8
          By:    */s/ Artin Betpera*
              ARTIN BETPERA, ESQ.

9
              Attorneys for Defendants
              ROSEBUD ECONOMIC

10
              DEVELOPMENT CORPORATION
              AND ROSEBUD LENDING LZO d/b/a

11
              ZOCALOANS

12
DATED:  January 27, 2023          KAZEROUNI LAW GROUP, APC

13

14

15
          By:    */s/ Abbas Kazerounian*
              ABBAS KAZEROUNIAN, ESQ.

16
              JASON A. IBEY, ESQ.
              Attorneys for Plaintiffs

17
              KATEY HUNTLEY AND GARY
              JACKSON, *Individually and On Behalf of*

18
              *All Others Similarly Situate*

19

20

21

22

23

24

25

26

27

28