**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATEY HUNTLEY and GARY JACKSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; at al,<br><br>Defendants. | Case No. 22CV1172-L-MDD<br><br>**ORDER RE JOINT MOTION TO EXTEND ROSEBUD DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND TO SET BRIEFING SCHEDULE ON ROSEBUD DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

Pending before the Court is the parties' Joint Motion to Extend the Rosebud Defendants' Responsive Pleading Deadline and to Set a Briefing Schedule on the Rosebud Defendants' Motion to Compel Arbitration. [ECF No. 21.]

On March 13, 2023, Rosebud Defendants filed a Motion to Compel Arbitration. [ECF No. 22.] As a result of Defendants' Motion, the Joint Motion is DENIED as moot.

**IT IS SO ORDERED**

Dated: March 15, 2023

_____
Hon. M. James Lorenz
United States District Judge