**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATEY HUNTLEY and GARY JACKSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; ROSEBUD LENDING LZO d/b/a ZOCALOANS; FINTECH FINANCIAL, LLC; TACTICAL MARKETING PARTNERS, LLC; and 777 PARNTERS, LLC, <br><br> Defendants. | Case No.: 3:22-cv-01172-L-MDD <br><br> NOTICE OF SETTLEMENT |

TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs Katey Huntley and Gary Jackson ("Plaintiffs") and defendants Rosebud Economic Development Corp.; Rosebud Lending LZO d/b/a ZocaLoans; Tactical Marketing Partners, LLC; and 777 Partners, LLC ("Defendants") (collectively, the "Parties") have reached an agreement in principle to settle this entire action, on individual basis only.

Accordingly, Plaintiffs respectfully request that all deadlines be vacated and that the Parties be given forty-five (45) days to file a joint motion to dismiss Plaintiffs' individual claims with prejudice and the putative class claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 2, 2023

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ *Gil Melili*
 GIL MELILI, ESQ.
 gil@kazlg.com
 *Attorney for Plaintiffs*

**Additional Plaintiffs' Counsel**
KAZEROUNI LAW GROUP, APC
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. Georgia, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523