UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATEY HUNTLEY, et al,<br><br>            Plaintiffs,<br><br>v.<br><br>ROSEBUD ECONOMIC DEVELOPMENT CORPORATION.,<br><br>            Defendants. | Case No.:  22-cv-1172-L- MMP<br><br>**ORDER:**<br><br>**(1) DENYING MOTION TO COMPEL ARBITRATION AS MOOT [ECF NO. 22]; and**<br><br>**(2) VACATING DEADLINES; GRANTING REQUEST TO FILE JOINT MOTION TO DISMISS WITHIN 45 DAYS** |

   Pending before the Court is a Motion to Compel Arbitration filed by Defendant Rosebud Economic Development Corporation. [ECF No. 22.] On October 2, 2023, the Parties, including Rosebud Economic Development Corporation, filed a Notice of Settlement requesting that all deadlines be vacated and seeking permission to extend the deadline to file a joint motion to dismiss Plaintiffs individual claims with prejudice and the putative class claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) (A)(ii) by forty-five days. [ECF No. 39.]

//

Good cause appearing in light of the Notice of Settlement, the Court **DENIES** the Motion to Compel Arbitration as moot, **VACATES** deadlines and **GRANTS** the Parties' request to file a Joint Motion to Dismiss no later than December 1, 2023.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____
Hon. M. James Lorenz
United States District Judge