**KAZEROUNI LAW GROUP APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808

**BLC LAW CENTER, APC**
Ahren A. Tiller (SBN: 250608)
ahren.tiller@bblc.sd.com
Brett F. Bodie (SBN: 264452)
Brett-bodie@bblc.sd.com
San Diego, CA 92101
Telephone: (619) 894-8831

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATEY HUNTLEY and GARY JACKSON, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; ROSEBUD LENDING LZO d/b/a ZOCALOANS; FINTECH FINANCIAL, LLC; TACTICAL MARKETING PARTNERS, LLC; and 777 PARNTERS, LLC,**<br><br>Defendants. | Case No. 3:22-cv-01172-L-MDD<br><br>**JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge**: Hon. M. James Lorenz |

CASE NO.: 3:22-cv-01172-L-MDD

**JOINT MOTION TO DISMISS**

# JOINT MOTION TO DISMISS

Plaintiffs KATEY HUNTLEY and GARY JACKSON (jointly, the "Plaintiffs"), by and through their undersigned counsel of record, and defendants ROSEBUD ECONOMIC DEVELOPMENT CORPORATION; ROSEBUD LENDING LZO D/B/A ZOCALOANS; FINTECH FINANCIAL, LLC; TACTICAL MARKETING PARTNERS, LLC; and 777 PARNTERS, LLC, (together, the "Defendants") (collectively, the "Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with prejudice as to Plaintiffs' individual claims against Defendants and without prejudice as to the putative class's claims against Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, is hereby dismissed with prejudice as to Plaintiffs' claims against Defendants and without prejudice as to the putative class's claims against Defendants, with each Party to bear their own fees and costs.

Date: November 7, 2023,

**KAZEROUNI LAW GROUP, APC**

By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
ak@kazlg.com
Jason A. Ibey, Esq.
*Attorneys for Plaintiffs*

**BLC LAW CENTER, APC**
Ahren A. Tiller
ahren.tiller@blc.sd.com
Brett F. Bodie
Brett-bodie@blc.sd.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| | **VAN NESS FELDMAN, LLP** |
| Date: November 7, 2023, | By: *s/ Patrick O. Daugherty* <br> Patrick O. Daugherty, Esq. <br> pod@vnf.com |
| | *Attorney for Defendants 777 Partners, LLC and Tactical Marketing Partners, LLC* |
| | **BUCHALTER, APC** |
| Date: November 7, 2023, | By: *s/ Artin Betpera* <br> Artin Betpera <br> abetpera@buchalter.com |
| | *Attorney for Defendants Rosebud Economic Development Corporation and Rosebud Lending LZO d/b/a ZocaLoans* |

CASE NO.: 3:22-cv-01172-L-MDD     2

**JOINT MOTION TO DISMISS ACTION**

**SIGNATURE CERTIFICATION**

I, Abbas Kazerounian, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

**KAZEROUNI LAW GROUP, APC**

Date: November 7, 2023,   By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
ak@kazlg.com
*Attorneys for Plaintiffs*

# PROOF OF SERVICE

I, Abbas Kazerounian, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 245 Fischer Ave., Suite D1, Costa Mesa, CA 92626. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On November 7, 2023, I served the following documents:

☒ JOINT MOTION TO DISMISS ACTION

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"): I hereby certify that immediately prior to filing the document(s) listed above I verified that all parties to this action are registered CM/ECF users for United States District Court for the Southern District of California and will be automatically served by the CM/ECF system.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 7, 2023

**KAZEROUNI LAW GROUP, APC**

By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
ak@kazlg.com
*Attorneys for Plaintiffs*