# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATEY HUNTLEY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEBUD LENDING LZO, et al, <br><br> Defendants. | Case No.: 3:22-cv-01172-L-MMP <br><br> ORDER GRANTING JOINT MOTION TO DISMISS [ECF NO. 42] |

Pending before the Court is the parties' Joint Motion to Dismiss Case. [ECF No. 42.] Good cause appearing, the Court **GRANTS** the joint motion and dismisses with prejudice Plaintiffs' claims against Defendants and dismisses without prejudice the putative classes claims against Defendants. Each of the parties is to bear its own attorney's fees and costs in connection with this action.

**IT IS SO ORDERED:**
Dated: November 8, 2023

_____
Hon. M. James Lorenz
United States District Judge